# Exhibit

## Game LOGO

1、The Plaintiff designed the original LOGO in 2013.



2、The new LOGO in the game *Things as They Are* which published in 2019.



# A symbol for shrine

1、The Plaintiff designed a original symbol for shrine in 2017.

   a) Four design sketches



   b) The symbol



2、The new symbol in the game *Things as They Are* which published in 2019.

