UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANG CONG,<br><br>              Plaintiff,<br>    v.<br><br>XUE ZHAO,<br><br>              Defendant. | CASE NO. 2:21-cv-01703-TL<br><br>ORDER |

This matter is before the Court *sua sponte*. On October 13, 2022, the Court ordered Plaintiff Fang Cong to serve the summons and complaint on Defendant Xue Zhao through China's Central Authority. *See* Dkt. No. 15. The Court also permitted Plaintiff to file a new motion in six months seeking alternative service if she did not receive a certificate of service after going through the Central Authority. *Id.* at 3. On January 11, 2023, Plaintiff filed a status report stating that she filed the documents with the Central Authority. *See* Dkt. No. 16. Plaintiff stated that she "will come back to inform if there are new developments in the upcoming months." *Id.* at 5.

ORDER - 1

1       There has been no update or other activity in this matter since January 11. Accordingly, Plaintiff is DIRECTED to file a status report **within fourteen (14) days** of this Order, indicating any developments regarding service through the Central Authority.

      Dated this 20th day of July 2023.

*[signature]*

Tana Lin
United States District Judge

ORDER - 2