UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FANG CONG and LIN JIANG,<br><br>Plaintiff,<br><br>v.<br><br>XUE ZHAO and "Conveyor Belt Sushi",<br><br>Defendants. | CASE NO. 2:21-cv-01703-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On February 25, 2025, Plaintiffs filed a Motion for Reconsideration, primarily of the Court's dismissal of Defendant Valve Corporation from this matter. Dkt. No. 70. Defendant Valve is ORDERED to file a response of **no more than eight (8) pages no later than March 4, 2025**. No reply is permitted. The Clerk SHALL renote the motion accordingly.

Dated this 25th day of February 2025.

                                              Ravi Subramanian
                                              Clerk of the Court

                                              s/ Kadya Peter
                                              Deputy Clerk